UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORRIN CHURCH,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>HARBOR HEALTH SERVICES, INC.,<br>J. DOE, K. DOE, ANGELICA BARROSO<br>and MICHELLE TOCCO,<br>　　Defendants. | Civil Action No: 24-10470 |

## PLAINTIFF'S MOTION TO REMAND TO STATE COURT

NOW COMES the plaintiff, Corrine Church hereby moves this Honorable Court to remand this action to the Barnstable County Superior Court on the grounds that the United States of America has been dismissed from this case, no federal question is currently before the Court, there is no diversity of citizenship among the remaining defendants, and therefore, there is no present basis for federal jurisdiction.

The Plaintiff has set forth the basis for this motion in the accompanying *Memorandum in Support of her Motion to Remand*.

*Motion allowed. /s/ NMGorton, USDJ 08/04/2025*